# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| _____ | |
| Michelle Sanders, | CV-23-01698-PHX-DGC |
| Plaintiff, | |
| v. | **ORDER RE: DISMISSAL** |
| Becton Dickinson and Company, et al., | |
| Defendants. | |

Pending before the Court is the parties' stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. 518, MDL No. 3081.

**IT IS ORDERED** that the above-entitled action is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 3rd day of April, 2024.

*David G. Campbell*
David G. Campbell
Senior United States District Judge